STATE OF CONNECTICUT *v.* ANDREA MCDADE

The defendant's petition for certification for appeal from the Appellate Court, 128 Conn. App. 901 (AC 32138), is denied.

*Laljeebhai R. Patel,* special public defender, in support of the petition.

*Laurie N. Feldman,* special deputy assistant state's attorney, in opposition.

Decided July 6, 2011

KIRTIDA ZATAKIA *v.* ECOAIR CORPORATION

The defendant's petition for certification for appeal from the Appellate Court, 128 Conn. App. 362 (AC 32146), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*William F. Gallagher* and *Hugh D. Hughes,* in support of the petition.

*Vandana Padinjaremarath,* in opposition.

Decided July 6, 2011